# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| GORDON E. KNIGHT, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 4:25-CV-01065- |
| | § | ALM-AGD |
| v. | § | |
| | § | |
| BMO BANK NATIONAL ASSOCIATION, | § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation ("Report") of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On January 22, 2026, the Magistrate Judge entered a Report (Dkt. #12) recommending that *pro se* Plaintiff Gordon E. Knight's ("Plaintiff") Motion for Default Judgment (Dkt. #8) be denied as premature. On January 23, 2026, Plaintiff filed an objection (Dkt.#13).

The Court notes that Plaintiff's request for Clerk's entry of default was not supported by the required affidavit. Additionally, the docket reflects that the request was sought on October 30, 2025 (Dkt. #9), but Plaintiff's Motion for Default Judgment was entered on October 29, 2025 (Dkt. #8), contrary to Plaintiff's assertions in his objection to the Report (Dkt. #13).

Accordingly, having received the Report of the Magistrate Judge, Plaintiff's objection (Dkt. #13), and having conducted a de novo review, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff Gordon E. Knight's Motion for Default Judgment (Dkt. #8) is **DENIED** as premature.

**IT IS SO ORDERED.**

 **SIGNED this 25th day of February, 2026.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE